# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  05-cr-00376-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  NICHOLAS GEORGE MALIS,

    Defendant.

---

## MINUTE ORDER[1]

---

    Defendant's Unopposed Motion to Continue Defendant Malis' Sentencing Date for a Period of Three Months [#154], filed February 26, 2007, is **GRANTED**.  The sentencing hearing previously set for March 9, 2007, is **VACATED** and **RESET** to **June 8, 2007**, at 10:00 a.m.

Dated:  February 26, 2007

-----------------------------------------------------------------------------------------------------------------------

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.