IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Numbers   05-cr-00376-REB-02
                          06-cr-00291-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NICHOLAS GEORGE MALIS,

        Defendant.

---

### ORDER TO EXTEND VOLUNTARY SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

      The Probation Office has notified the court that the Bureau of Prisons has not yet completed the designation process for NICHOLAS GEORGE MALIS. The court previously ordered the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon on January 28, 2008. Accordingly,

      IT IS ORDERED that Defendant, NICHOLAS GEORGE MALIS, having been sentenced in the above-named cases to the custody of the Bureau of Prisons, is to surrender himself to the institution designated by the Bureau of Prisons within 15 days of the date of designation, and will travel at his own expense.

      DATED at Denver, Colorado, this 23rd day of January, 2008.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      ROBERT E. BLACKBURN
                                      United States District Judge